# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1443
_____

AARON JAMES SULLIVAN,

Appellant,

v.

TRAFFIC CONTROL PRODUCTS OF
FLORIDA INC, BRIDGEFIELD
CASUALTY INSURANCE
COMPANY/SUMMIT,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Brian J. Anthony, Judge.

Date of Accident: February 18, 2021.


May 3, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Kristin J. Longberry of Jones, Hurley & Hand, P.A., Maitland, for Appellees.